CHERNIN, Respondent, vs. INTERNATIONAL OIL COMPANY and another, Appellants.

*April 10—May 6, 1952.*

For the appellants there were briefs by *Whyte, Hirschboeck & Minahan,* attorneys, and *Victor M. Harding* and *John G. Vergeront* of counsel, all of Milwaukee, and oral argument by *Mr. Vergeront.*

For the respondent there was a brief by *Charles C. Hiken* and *Gold & McCann,* and oral argument by *Richard A. McDermott,* all of Milwaukee.

GEHL, J. This action was brought by Diane Chernin, wife of Milton M. Chernin, against the same defendants and upon the same contract, as are involved in *Chernin v. International Oil Co.,* ante, p. 543, 53 N. W. (2d) 425. The same issue is presented. For the reasons set forth in the companion case the order must be affirmed.

*By the Court.*—Order affirmed.